IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SCOTT JOHNSON,

    Petitioner,               No. CIV S-10-0371 DAD P

  vs.

RICHARD B. IVES, Warden,

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In accordance with the court's March 11, 2010 order, petitioner has paid the filing fee for this action.

        Pending before the court is petitioner's motion for leave to file a memorandum of law in support of his application for a writ of habeas corpus. A motion is unnecessary for this purpose. The court will direct petitioner to file any memorandum of law within thirty days of service of this order so that the court may simultaneously serve his application for a writ of habeas corpus and supporting memorandum of law on the respondent.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for leave to file a memorandum of law in support of his application for a writ of habeas corpus (Doc. No. 2) is denied as unnecessary; and

1

2. Petitioner shall file any memorandum of law in support of his application for a writ of habeas corpus within thirty days of the date of service of this order.

DATED: March 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john0371.mot